*N. W. Aluli* for the motion.

*A. G. Smith* contra.

---

## IN THE MATTER OF THE TRUST ESTATE OF ROBERT W. HOLT, DECEASED.

### No. 1157.

APPEAL FROM CIRCUIT JUDGE, FIRST CIRCUIT.
HON. C. W. ASHFORD, JUDGE.

ARGUED FEBRUARY 7, 1919.                    DECIDED FEBRUARY 14, 1919.

COKE, C. J., EDINGS, J., AND CIRCUIT JUDGE DEBOLT IN PLACE OF KEMP, J., ABSENT.

PRACTICE—*appeals.*

>    This court will not consider an appeal where the record transmitted to it is so incomplete as to render its judgment thereon conjectural.

*Per Curiam*: This is an appeal from the order of the circuit judge of the first circuit allowing an attorney's fee of fifty dollars for services rendered the trustee in the collection of certain rents, as charged by the trustee in its annual accounts, the appellant claiming that the amount so paid should have been charged to and collected from the beneficiaries of said estate who were solely benefited

by such collection. The record presented to this court is so incomplete and unsatisfactory as to render any decision upon the subject purely conjectural.

The appeal is therefore dismissed and the order appealed from is affirmed.

*Achi & Achi* for appellant.

*B. L. Marx (Frear, Prosser, Anderson & Marx* on the brief) for the trustee.